UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JM ADJUSTMENT SERVICES,
LLC, ET AL.,

       Plaintiffs,                           No. 16-10630

v.                                       District Judge Sean F. Cox
                                          Magistrate Judge R. Steven Whalen

J.P. MORGAN CHASE BANK, N.A.,

       Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on April 11, 2017, Plaintiffs' Motion to Compel Discovery [Doc. #38] is GRANTED IN PART AND DENIED IN PART.

Defendant shall produce the requested information in Requests to Produce Nos. 19 and 20 regarding complaints of racial, ethnic, or religious discrimination in the State of Michigan. Production is not limited to Private Banking and mortgage divisions, but shall be limited to complaints involving closure of accounts.

Defendant shall produce the requested information as to the replacement vendor (identified as NCCI) with respect to invoices/payments/price and volume involving that entity. The information is subject to an attorneys' and experts' eyes only protective order,

and is not to be otherwise disclosed to any other person or entity without further leave of the Court. If filed as part of any motion or other filing, this information will be filed under seal.

As to the request for contracts between Defendant and NCCI, the motion to compel is DENIED.

Plaintiff's motion for leave to take more than 10 depositions is GRANTED IN PART. The Plaintiff may take 13 depositions. The three extra depositions will be taken from among the following witnesses: Forbush, Ball, Peltier, and Robinson. The three extra depositions will not exceed two hours each.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2017

## CERTIFICATE OF SERVICE

I hereby certify on April 13, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

s/Carolyn Ciesla
Case Manager to
Magistrate Judge R. Steven Whalen