UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JM ADJUSTMENT SERVICES,
LLC, ET AL.,

       Plaintiffs,                     No. 16-10630

v.                                     District Judge Sean F. Cox
                                       Magistrate Judge R. Steven Whalen

J.P. MORGAN CHASE BANK, N.A.,

       Defendant.
                                /

**ORDER**

For the reasons and under the terms stated on the record on September 28, 2017, Plaintiffs' Motion to Enforce the April 13, 2017 Order [Doc. #59] is GRANTED.

Within seven days of the date of this Order, Defendant will produce the name and contact information in connection with Complaint #20140113EOTLB0122, as well as a copy of the original written or emailed complaint and any other documents relating to that complaint. If Defendant claims privilege as to any portions of those documents, it will also produce a privilege log.

IT IS SO ORDERED.

                                            s/ R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 28, 2017, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen
