UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JM Adjustment Services, LLC, et al.,

    Plaintiffs,

v.                                                                    Case No. 16-10630

J.P. Morgan Chase Bank, N.A.,

                                     Sean F. Cox
                                     United States District Court Judge

    Defendant.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, and in accordance with the Opinion and Order issued on this date;

IT IS ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED WITH PREJUDICE.

                                     s/Sean F. Cox
                                     Sean F. Cox
                                     United States District Judge

Dated: March 6, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 6, 2018, by electronic and/or ordinary mail.

                                     s/Jennifer McCoy
                                     Case Manager